[No. 1141.]
THOMAS F. MEAGHER, ET AL., APPELLANTS, *v.* FERD. S. VAN ZANDT, RESPONDENT.

WITNESS FEES—(Meagher *v.* Van Zandt, *ante*—approved.)

APPEAL from the District Court of the Fifth Judicial District, Nye County.

*D. S. Truman*, and *Trenmor Coffin*, for Appellants.

*Curler & Bowler* and *H. T. Creswell*, for Respondent.

By the Court, LEONARD, J.:

The questions presented in this case are precisely the same as *Meagher* v. Van *Zandt*, *ante*.    Upon the authority of that case, the judgment herein is reversed and the cause remanded for trial.